United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LASHAWN DOREE CLARK, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:26-cv-02539 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| UNITED STATES | § | |
| DEPARTMENT OF | § | |
| JUSTICE, | § | |
| Defendant. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff LaShawn Doree Clark proceeds here *pro se*. She appears to allege the existence of a criminal enterprise engaged in violations of the Racketeer Influence and Corrupt Organizations Act. See Dkt 1 at 4–5. Plaintiff filed a motion to proceed *in forma pauperis*. Dkt 2. She also filed several motions for emergency relief. Dkts 4, 5, 6 & 8.

The matter was referred for disposition to Magistrate Judge Yvonne Ho. Dkt 7. She recommends granting the motion to proceed *in forma pauperis*. Dkt 10 at 15. But Judge Ho further recommends that Plaintiff's claims be dismissed with prejudice under 28 USC §1915(e)(2)(B) as frivolous and for failure to state a claim, and that her remaining motions be denied as moot. Ibid.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no

clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 10.

The claims by Plaintiff LaShawn Doree Clark are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim under 28 USC §1915(e)(2)(B).

Any other pending motions are DENIED AS MOOT. See Dkts 4, 5, 6 & 8.

This action is DISMISSED WITH PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on ___June 25, 2026___, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge